

APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

AAMCO Transmissions, Inc.　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　V.　　　　　　　　　　　　:　　Civil Action
　　　　　　　　　　　　　　　　　　　　:　　No: 11-1693
Vincent L. Merlino　　　　　　　　　　　:

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, AAMCO Transmissions, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

American Driveline Systems, Inc.
_____
_____

3/8/11　　　　　　　　　　　　　　　　　　/s/ [signature]
Date　　　　　　　　　　　　　　　　　　　　Signature

　　　　Counsel for:　　AAMCO Transmissions, Inc.


**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
　　(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
　　(b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
　　　　(1)　file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
　　　　(2)　promptly file a supplemental statement upon any change in the information that the statement requires.

MAR 9 2011