AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.    11-1693

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Vincent Merlino__.

was received by me on *(date)* __March 11, 2011__.

☒ I personally served the summons and Complaint on the individual at *(place)* __847 East Main Street, Stamford, CT. 06902__ on *(date)* __March 15, 2011 @ 4:00pm__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: 3/16/11

_____
*Server's signature*

Steven Matarazzo, Process Server
*Printed name and title*

105 Haddad Road, Waterbury, CT. 06708
*Server's address*

Additional information regarding attempted service, etc: