IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 11-1693 |
| | : | |
| VINCENT L. MERLINO, | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this 20th day of May, 2011, upon consideration of the Stipulated Permanent Order of Injunction (Document No. 28, filed May 20, 2011), signed by the Court as an Order on May 20, 2011, **IT IS ORDERED** as follows:

1. Counts One, Two and Three of plaintiff's Complaint (Document No. 1) are **DISMISSED WITH PREJUDICE**; and,

2. Plaintiff's Motion for Preliminary Injunction Against Defendant (Document 4) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that counsel shall include in the joint status report, which must be submitted to the Court on or before June 1, 2011,[1] a statement as to (a) what claims remain for resolution, (b) the need for further proceedings in the case, and (c) whether the Court may file an order dismissing the remainder of the action with prejudice under Local Civil Rule 41.1(b).

BY THE COURT:

/s/ Jan E. DuBois
_____
**JAN E. DUBOIS, J.**

---

[1] *See* Order dated May 9, 2011.